166 F.3d 950
 99 Cal. Daily Op. Serv. 503, 99 Daily Journal
D.A.R. 569
ALVARADO COMMUNITY HOPITAL; Alvarado Hospital Medical
Center; Central Plains Hospital; Century City Hospital;
Cherokee County Memorial Hospital; Chico Community
Hospital; Community Hospital of Los Gatos; Delray
Community Hospital; Doctors Hospital, Dallas; Doctors
Hospital of Lakewood; Doctors Hospital of Lakewood, Clark;
Doctors Hospital of Lakewood-South; Doctors Hospital of
Manteca; Doctors Hospital of Montclair; Doctors Hospital
of Pinole; Doctors Medical Center of Modesto; Dominguez
Medical Center; Garfield Medical Center; Harton Medical
Center; Highland Hospital; Hillside Hospital; Hollywood
Medical Center; J.E. Smith/F.E. Herbert Hospital; Joellen
Smith Medical Center; John F. Kennedy Memorial Hospital;
Lake Seminole Hospital; Lincoln West Medical Center; Lodi
Community Hospital; Los Alamitos Medical Center; Los Altos
Hospital; Manteca Hospital; Meadowcrest Hospital; Ojai
Community Hospital; Ontario Community Hospital; Palms of
Pasadena Hospital; Placentia Linda Community Hospital;
Redding Medical Center; The Memorial Medical Center;
Russell County Medical Center; San Diego Physicians and
Surgeons Hospital; Trinity Medical Center; Twin Cities
Community Hospital; University General Hospital;
University Medical Center; West Boca Medical Center,
Paracelsus Healthcare Corporation, dba Bellwood Medical
Corporation dba Bellwood General Hospital; Lincoln
Community Medical Corporation dba Orange County Community
Hospital of Buena Park and formerly dba Buena Park Community
Hospital; Hollywood Community Hospital Medical Center, Inc.
dba Hollywood Community Hospital Lancaster Hospital Corp,
dba Lancaster Community Hospital; Paracelsus Los Angeles
Community Hospital, dba Los Angeles Community Hospital;
Norwalk Hospital Corp, dba Norwalk Community Hospital;
Paracelsus Van Nuys Community Hospital Operating Corporation
dba Van Nuys Community Hospital; West Covina Health Center
Corporation dba West Covina Hospital; Hollywood West
Hospital Operating Corporation dba West Hollywood Hospital;
Monrovia Hospital Corporation dba Monrovia Community
Hospital; Chico Community Hospital, Inc. dba Chico
Community Hospital; Lodi Community Hospital Inc., dba
Doctors Hospital of Lodi; Paracelsus Peninsula Medical
Center Inc. dba Peninsula Medical Center; Paracelsus Clay
County Hospital Inc., dba Clay County Hospital; Paracelsus
Fentress County General Hospital, Inc. dba Fentress County
General Hospital; Paracelsus Macon County Medical Center,
Inc. dba Flint River Community Hospital and formerly dba
Macon County Medical Center; AMI Hospitals of Texas, Ltd.
dba AMI Brownsville Medical Center, AMI Heights Hospital,
AMI Mid-Jefferson Hospital, Nacogdoches Medical Center, AMI
Park Place Hospital; AMI Park Plaza Hospital, dba AMI
Twelve Oaks Hospital; New H Arroyo Grande, Inc. dba Arroyo
Grande Hospital; Amisub of Georgia, Inc. dba Barrow Medical
Center; Lifemark Hospitals of Texas, Inc. dba AMI Bellaire
Hospital Byrd and Southwestern General Hospital; Brookwood
Medical Center of Eufala, Inc., dba Brookwood Medical Center
of Eufala, Brookwood Health Services, Inc. dba AMI Brookwood
Medical Center; Lifemark Hospitals of Louisiana, Inc. dba
Byrd Memorial Hospital dba AMI St. Judes Medical Center;
Central Arkansas Hospital, Inc. dba Central Arkansas
Hospital; Amisub of North Carolina, Inc. dba Central
Carolina Hospital; New H, Circle City, Inc., dba AMI Circle
City Hospital; Clairemont General Hospital, Inc. dba
Clairemont Community Hospital; Notami Hospitals of
Oklahoma, Inc. dba Claremore Community Hospital; Doctors'
Medical Center and Southwestern Medical Center; Clearwater
Community Hospital, L.P. dba Clearwater Community Hospital;
Coastal Bend Hospital, Inc. dba Coastal Bend Hospital;
Lifemark Hospitals of Missouri, dba AMI Columbia Regional
Hospital; Rocky Mountain Sanitarium Development Corporation
dba Community Hospital of Rocky Mountain; Amisub (Culver
Union Hospital), Inc. dba AMI Culver Union Hospital; Denton
Regional Medical Center, Inc., dba Denton Regional Medical
Center; 13th Street Corp. dba Doctors' Hospital of
Opelousas; Doctors' Memorial Hospital, Inc., dba Doctors'
Memorial Hospital; East Cooper Community Hospital, Inc. dba
AMI East Cooper Community Hospital; Eastway General
Hospital, Ltd., dba Eastway General; amisub French Hospital
dba AMI French Hospital; Frye Regional Medical Center;
Garden Park Community Hospital LP dba Garden Park Community
Hospital; Medical Center of Garden Grove; New H Glendora,
Inc. dba AMI Glendora Community Hospital, Amisub (North
Plains Hospital), Inc. dba Golden Plains Hospital; Gordon
Crowell Memorial Hospital; Amisub (McIntosh Trail Regional
Medical Center), Inc. dba Spalding Regional Hospital fka
Griffin Spalding Hospital; Harris Hospital and Clinic dba
Harris Hospital; Notami Hospitals of California, Inc., dba
Healdsburg General Hospital, Mission Bay Memorial Hospital
and Valley Medical Center; Citizens General Hospital of
Houston, Inc., dba Institute for Immunological Disorders
(fka Citizens General Hospital); Notami Hospitals of
Louisiana, Inc. dba Highland Park Medical Center and
Westpark Community Hospital; Brookwood Medical Center of
Houston, Inc. dba Houston Community Hospital; Katy Medical
Center, Inc. dba Katy Medical Center; Amisub (American
Hospital), Inc. dba AMI Kendall Regional Medical Center (fka
American/Miami); Notami Hospitals of Florida, Inc. dba Lake
City Medical Center; Lucy Lee Hospital, Inc. dba Lucy Lee
Hospital, Medical Arts Hospital of Dallas, Inc. dba Medical
Arts Hospital-Dalles; Medical Arts Hospital of Texarkana,
Inc. dba Medical Arts Hospital-Texarkana; Valley Doctor's
Hospital dba North Hollywood Medical Center; Medical Plaza
Hospital. Inc. dba Medical Plaza Hospital; Memorial
Hospital of Tampa, Ltd., dba Memorial Hospital of Tampa;
National Park Medical Center, Inc. dba National Park Medical
Center (fka Ouachiata Memorial Hospital); North Fulton
Medical Center, Inc. dba AMI North Fulton Regional Hospital;
Amisub (North Ridge Hospital), Inc. dba North Ridge
Medical Center; Mckinney Joint Venture dba North Texas
Medical Center; Lister Hill Hospital, Inc. dba Northwest
Alabama Medical Center; Odessa Hospital, Ltd. dba Odessa
Regional Hospital (fka Odessa Women's and Children's
Hospital); Palm Beach Gardens Community Hospital, Inc. dba
AMI Palm Beach Gardens Medical Center; Lifemark Hospitals
of Florida, Inc. dba AMI Palmetto General Hospital;
Hospital Constructors, Ltd. dba AMI Town & Country Hospital;
Parkway Hospital, Inc. dba Parkway Hospital; Parkway
Regional Medical Center, Inc. dba Parkway Regional Medical
Center; Amisub of South Carolina, Inc. dba AMI Piedmont
Medical Center; Brookwood Medical Center of Orlando, Inc.
dba AMI Medical Center of Orlando (fka Brookwood Community
Hospital); Amisub of California, Inc. (fka Rancho Encino
Hospital); HCMH, Inc. dba Medical Park Hospital; Southwest
Medical Center, Inc. dba Riverside Community Hospital;
Round Rock Hospital, Inc, dba Round Rock Hospital; San
Dimas Community Hospital, Inc. dba AMI San Dimas Community
Hospital; Amisub (Sierra Vista), Inc. dba AMI Sierra Vista
Regional Medical Center; New H South Bay, Inc., dba South
Bay Hospital; Amisub of Florida, Inc., dba AMI Southeastern
Medical Center; Creighton Saint Joseph Regional Healthcare
System, L.L.C. dba Saint Joseph Hospital; St. Mary's
Hospital, Inc., dba AMI St. Mary's Regional Medical Center;
AMI/HTI Tarzana Encino Joint Venture. dba Tarzana Regional
Medical Center; Terrell Community Hospital, Inc. dba
Terrell Community Hospital; HealthOne, dba Presbyterian/St.
Luke's Medical Center (fka St. Luke's Medical Center and
Presbyterian-Denver Hospital); West Alabama General
Hospital, Inc. dba AMI West Alabama Hospital; Westbury
Hospital, Inc. dba Westbury Hospital; West Los Angeles
Physician's Hospital, LP dba Westside Hospital; Unihealth
America, Inc. dba California Medical Center, Santa Monica
Medical Center, Martin Luther Medical Center, and Valley
Hospital Medical; County of Los Angeles, a political
subdivision of the State of California, owner & operator of
Los Angeles County/USC Medical Center, Harbor/UCLA Medical
Center, Martin Luther King, Jr./Drew Medical Center, Olive
View Medical Center & High Desert Hospital, Plaintiffs-Appellants,
v.
DONNA E. SHALALA, Secretary, United States Department of
Health & Human Services, Defendant-Appellee.
 No. 96-55967.
 United States Court of Appeals,
Ninth Circuit.
 Jan. 19, 1999.
 ORDER
 
 1
 Appellants' Motion for Clarification Regarding Interest is GRANTED, and the opinion filed in this case on September 11, 1998, is amended as follows:
 
 
 2
 In the last paragraph on page 10776 [155 F.3d at 1126], the sentence beginning "We remand ..." should be amended to read: "We remand to the Secretary for redetermination of the FY 1985 day outlier thresholds with instructions to recompute them using the 1984 MEDPAR file and to reimburse the Hospitals for any difference in outlier payments, and for an award of any interest payments that may be due appellants pursuant to 42 U.S.C. § 1395oo(f)(2)."